RAVINE POINT CORPORATION, Respondent, *v.* OTTO W. KOTT et al., Appellants.

(Argued June 10, 1930; decided July 8, 1930.)

*Ralph Earl Prime, Jr., Francis X. Donoghue* and *Edward G. McAnaney* for appellants.

*Charles T. B. Rowe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.